IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00198-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

MIDAS ENTERTAINMENT, INC., d/b/a BETUS.COM, a Delaware corporation, and GEORGE GUTIERREZ, its officer and director,

Defendants.

_____

## ORDER
_____

This matter was set for a scheduling conference this morning. The plaintiff appeared through its counsel. The complaint was filed on February 3, 2005. Pursuant to Fed. R. Civ. P. 4(m), the plaintiff had 120 days within which to perfect service. That time expired on June 3, 2005, but I am informed by plaintiff's counsel that it has been unable to accomplish service.

IT IS ORDERED that the plaintiff shall have an extension of time, to and including **August 31, 2005**, within which to make service on the defendants.

IT IS FURTHER ORDERED that the plaintiff shall file a status report on or before **September 9, 2005**, indicating whether it has made service and whether a scheduling conference should be set.

Dated June 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge