IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00198-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

MIDAS ENTERTAINMENT, INC., d/b/a BETUS.COM, a Delaware corporation, and
GEORGE GUTIERREZ, its officer and director,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Scheduling Conference** (the "Motion"), filed on October 11, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for October 18, 2005, is **vacated and reset to November 30, 2005, at 9:30 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order is due on or before **November 23, 2005**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED: October 11, 2005