IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00198-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

MIDAS ENTERTAINMENT, INC., d/b/a BETUS.COM, a Delaware corporation, and GEORGE GUTIERREZ, its officer and director,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Vacate Scheduling Conference** (the "Motion"), filed November 23, 2005, and in connection with my order to show cause entered November 30, 2005.

I ordered the plaintiff to show cause why the case should not be dismissed based upon its failure to make service of process after more than ten months and because the plaintiff failed to appear at a scheduling conference on November 30, 2005.  In its response to the order to show cause the plaintiff states it "mistakenly believed that the court had vacated the scheduling conference while plaintiff was serving the proper parties to this action."  The basis of that mistaken belief is not stated, nor am I aware of any reasonable basis for such a mistake.  To the contrary, the plaintiff has unreasonably delayed this case.  I will not tolerate any further such delays.

The plaintiff has failed to offer any explanation for its failure properly to serve Mr. Gutierrez or what efforts, if any, it is making to complete that service. The plaintiff does state that the corporate defendant was served on December 2, 2005, and that its response to the complaint is due on or before December 22, 2005.

IT IS ORDERED that the Motion is DENIED as moot.

IT IS FURTHER ORDERED that a scheduling conference is set for **January 24, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **January 17, 2006**. <u>This scheduling conference will not be vacated or reset.</u>

IT IS FURTHER ORDERED that the plaintiff shall cause a copy of this order to be served on the defendants or their counsel within ten days.

Dated December 13, 2005.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge