**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  05-cv-00198-REB-BNB

CONSUMER CRUSADE, INC.,
a Colorado corporation,

Plaintiff,

v.

MIDAS ENTERTAINMENT, INC., d/b/a BETUS.COM, a Delaware corporation;
GEORGE GUTIERREZ; its Officers and Directors,

Defendants.

## ORDER FOR DEFAULT JUDGMENT

THIS MATTER, having come before the Honorable Court upon motion of the Plaintiff for Default Judgment pursuant to Fed. R. Civ. P. 55 (b), and the Defendant, Midas Entertainment, Inc. d/b/a Betus.com, having duly served with a Summons and Complaint, and not being an infant or unrepresented incompetent person, and having failed to plead or otherwise defend, and default having been duly entered, and the Defendant, Midas Entertainment, Inc. d/b/a Betus.com, having taken no proceedings since such default was entered, and the Court having considered and determined the damages with are sum certain; the Court finds that it has jurisdiction of the parties and subject matter of this cause, and further finds that Plaintiff is entitled to judgment against the Defendant in the sum of $104,500.00, together with prejudgment and post-judgment interest thereon at the rate of four point zero three-six percent (4.36%) per annum, plus all costs of Court.

1

2

IT IS HEREBY ORDERED AND ADJUDGED,

1. That the Plaintiff's motion for default judgment is granted;

2. that default judgment shall be entered in favor Plaintiff and against Defendant; and

3. that the Plaintiff shall have and recover of and from the Defendant, Midas Entertainment, Inc. d/b/a Betus.com, the total principle sum of $104,500.00, together with prejudgment and post-judgment interest thereon at the rate of four point three-six percent (4.36%) per annum, plus all costs of Court, for all of which let execution issue in the manner prescribed by law.

SO ORDERED this 12th day of January, 2006.

BY THE COURT:

s/Robert E. Blackburn_____
United States District Judge