**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00198-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,
v.

MIDAS ENTERTAINMENT, a Delaware corporation doing business as BETUS.COM, and
GEORGE GUTIERREZ,

    Defendants.

_____

**ORDER OF DISMISSAL**

**Blackburn, J.**

On January 17, 2006, the plaintiff filed a **Notice of Dismissal of George Gutierrez** [#30]. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendant George Guiterrez should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of George Gutierrez** [#30], filed January 17, 2006, is **APPROVED**; and

2. That plaintiff's claims against defendant, George Gutierrez, are **DISMISSED WITHOUT PREJUDICE**.

Dated January 18, 2006, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn
United States District Judge**